UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KORR ENTERPRISES, INC.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

Case No. 1:23-cv-360

Hon. Paul L. Maloney
U.S. District Court Judge

Hon. Sally J. Berens
U.S. Magistrate Judge

### STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE

1. Plaintiff Korr Enterprises, Inc., filed the Complaint on April 6, 2023. (ECF No. 1, PageID.1.)

2. Defendant United States of America was served with Plaintiff's Complaint on April 12, 2023, making its responsive pleading due on June 12, 2023. (ECF No. 5, PageID.59.)

3. On June 2, 2023, counsel for Defendant informed counsel for Plaintiff that she intended to file a motion to dismiss the Complaint for lack of subject-matter jurisdiction.

4. On June 9, 2023, Plaintiff's counsel notified defense counsel that Plaintiff intended to amend its Complaint. Consequently, the parties agreed that a fourteen (14) day extension of time for Defendant to file a responsive pleading would be beneficial to both parties.

5. This is the first request for an extension of time in this case.

6. Based on the above, the parties, through their attorneys, hereby stipulate to a fourteen (14) day extension of time for Defendant to answer or otherwise respond to the Complaint. Defendant's responsive pleading will be due on or before June 26, 2023.

SO STIPULATED.

                                                MARK A. TOTTEN
                                                United States Attorney

Dated: June 12, 2023                    */s/ Laura A. Babinsky*
                                                LAURA A. BABINSKY
                                                Assistant United States Attorney
                                                P.O. Box 208
                                                Grand Rapids, MI 49501-0208
                                                (616) 456-2404
                                                Laura.Babinsky@usdoj.gov

Dated: June 12, 2023                    */s/ Douglas A. Donnell (w/ permission)*
                                                DOUGLAS A. DONNELL
                                                MIKA MEYERS PLC
                                                900 Monroe Ave. NW
                                                Grand Rapids, MI 49503
                                                (616) 632-8000
                                                Ddonnell@mikameyers.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KORR ENTERPRISES, INC.,            Case No. 1:23-cv-360

    Plaintiff,                                 Hon. Paul L. Maloney
                                             U.S. District Court Judge

v.

                                             Hon. Sally J. Berens
UNITED STATES OF AMERICA,      U.S. Magistrate Judge

    Defendant.
_____/

**<u>ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE</u>**

       This matter having come before the Court on the Stipulation to Extend Deadline to File Response; and the Court having reviewed the stipulation and being otherwise advised,

       IT IS HEREBY ORDERED that the stipulation is GRANTED. Defendant shall file a responsive pleading on or before June 26, 2023.

Dated: _____                 _____
                                              PAUL L. MALONEY
                                              United States District Judge